|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| GREGORY A. MILTON,<br><br>        Petitioner,<br><br>versus<br><br>WARDEN, USP BEAUMONT,<br><br>        Respondent. | § § § § § § § § § § | CIVIL ACTION NO. 1:15-CV-140 |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Gregory A. Milton, a federal prisoner currently confined at USP Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends petitioner's application to proceed *in forma pauperis* be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date. Petitioner, however, has also not paid the requisite $5 filing fee in this action.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** Petitioner will have thirty (30) days to pay

the requisite $5 filing fee. Failure to comply with this order will result in the dismissal of this action for want of prosecution.

SIGNED at Beaumont, Texas, this 16th day of July, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE