| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| GREGORY A. MILTON, | § | |
| Petitioner, | § § § | |
| versus | § § | CIVIL ACTION NO. 1:15-CV-140 |
| F. LARA, WARDEN, | § § § | |
| Respondent. | § | |

## MEMORANDUM OPINION AND ORDER

Petitioner, Gregory A. Milton, an inmate currently confined at USP Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this habeas petition filed pursuant to 28 U.S.C. § 2241 be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Despite two extensions, no objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Plano, Texas, this 10th day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE